UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIRLEY VAUGHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **JUDGMENT**<br><br>4:23-CV-70-BO-BM |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that having conducted a full review of the record and decision in th is matter, the Court concludes the ALJ's decision is not supported by substantial evidence and that reversal is appropriate. Accordingly, the decision of the ALJ is REVERSED, and the matter is remanded for an award of benefits. The Commissioner's motion to remand for further proceedings [DE 14] is DENIED.

**This case is closed.**

**This judgment filed and entered on June 13, 2024, and served on:**
Charlotte Hall (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Joel Johnson (via CM/ECF NEF)
Aaron Cook (via CM/ECF NEF)

June 13, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk